BEFORE CHIEF JUDGE RAO, JANUARY 31, 1967

**No. R67/22.**—Pacific Wood Products Company (James G. Wiley Co.) *v.* United States, reappraisements R63/12295 and R63/12298 (Los Angeles).

In accordance with stipulation of counsel that the merchandise and issues are the same in all material respects as those in *Authentic Furniture Products* v. *United States* (51 Cust. Ct. 438, Reap. Dec. 10614),

the court found and held that export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the wood furniture or parts thereof involved herein and that said value is represented by the invoice unit values, net packed.

BEFORE JUDGE DONLON, JANUARY 31, 1967

**No. R67/23.**—Red Line Commercial Co., Inc. v. United States, reappraisements R61/2279, etc. (Portland, Oreg.).

**No. R67/24.**—Red Line Commercial Company et al. v. United States, reappraisements R61/3524, etc. (New Orleans).

**No. R67/25.**—Red Line Commercial Co., Inc. v. United States, reappraisements R61/7778, etc. (Charleston).

**No. R67/26.**—Red Line Commercial Co., Inc. v. United States, reappraisements R62/1033, etc. (New Orleans).

**No. R67/27.**—Tupman Thurlow Co. et al. v. United States, reappraisements R61/2976, etc. (Houston).

**No. R67/28.**—The Tupman Thurlow Co., Inc. v. United States, reappraisements R61/3864, etc. (Boston).

**No. R67/29.**—The Tupman Thurlow Co., Inc. v. United States, reappraisements R61/7341, etc. (Baltimore).

**No. R67/30.**—Tupman Thurlow et al. v. United States, reappraisements R61/10926, etc. (Philadelphia).

**No. R67/31.**—International Packers, Ltd. v. United States, reappraisements R61/7358, etc. (Baltimore).

In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved respectively in *International Packers, Limited* v. *United States* (52 Cust. Ct. 472, Reap. Dec. 10696), as to merchandise appraised on the basis of United States value; *International Packers, Limited* v. *United States* (52 Cust. Ct. 518, Reap. Dec. 10724), as to merchandise appraised on the basis of constructed value; and *International Packers, Limited* v. *United States* (56 Cust. Ct. 636, Reap. Dec. 11147), as to merchandise appraised on the basis of export value, the court found and held those respective values, as defined in section 402, Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, T.D. 54165, to be the proper bases for determining value of the entered canned meat products listed on schedule "B" under the headings "Export Value," "United States Value," and "Constructed Value," packed in the container sizes identified on such schedule, and exported from Argentina during the period January 1, 1959, through December 31, 1959, de-